IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM GENE EATON,

    Petitioner

v.

UNITED STATES of AMERICA,

    Respondent

CIVIL NO. 3:CV-15-1517

(Judge Caputo)

# ORDER

**AND NOW**, this **12th** day of **JUNE, 2017**, based on the accompanying memorandum, it is **ORDERED** that:

1. Mr. Eaton's petition for writ of habeas corpus (ECF No. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court shall **CLOSE** this file.

    /s/ A. Richard Caputo
    A. RICHARD CAPUTO
    United States District Judge